

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2023

No. 04-22-00795-CV

**IN THE ESTATE OF ELOISA M. MARTINEZ, DECEASED**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2020PC3191
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

The clerk's record was originally due on December 19, 2022. On December 21, 2022, the trial court clerk filed a notification of late record, stating that the clerk's record has not been filed because appellant failed to pay the fee for preparing the clerk's record. The trial court clerk's notification further indicates that appellant did not file a statement of inability to afford payment court costs. However, appellant did file an affidavit of inability to pay court costs in this court on November 22, 2022. Accordingly, appellant is entitled to appeal without paying for the clerk's record. *See* TEX. R. APP. P. 20.1(c).

The trial court clerk further states in her notification of late record that appellant has not filed a designation of the clerk's record. However, a designation is not required. The contents of the clerk's record are listed in Rule 34.5(a) of the Texas Rules of Appellate Procedure. *See id*. 34.5(a).

We ORDER the trial court clerk to file the clerk's record on or before **January 23, 2023**.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2023.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court